IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEPH BROHAM, | CASE NO.  4:07cv3137 |
| Plaintiff, | |
| v. | **ORDER** |
| PAKHAR SINGH and SUKWINDER SINGH TAMBER d/b/a TAMBER TRUCKING | |
| Defendants. | |

This matter is before the Court on the Defendants' Unopposed Motion to Amend Initial Progression Order to extend the Defendants' deadline for filing a motion to add new parties to the lawsuit from November 30, 2007 until February 15, 2008.  The Court finds that this Motion (Filing #20) is unopposed by the Plaintiff, and therefore should be granted.  The Defendant's deadline for filing a motion to add parties to the lawsuit shall be extended from November 30, 2007 until February 15, 2008.

The Court's Initial Progression Order (Filing No. 11) shall otherwise remain unchanged.

IT IS SO ORDERED.

Dated this 30th day of November, 2007.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

PREPARED AND SUBMITTED BY:

/x/ David J. Stubstad
David J. Stubstad #21429
FRASER STRYKER PC LLO
500 Energy Plaza
409 s. 17th Street
Omaha, NE 68102
(402) 341-6000
E-mail: dstubstad@fraserstryker.com
ATTORNEYS FOR DEFENDANTS

465713