IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEPH BROHAM, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>PAKHAR SINGH and SUKWINDER )<br>SINGH TAMBER d/b/a TAMBER )<br>TRUCKING )<br>)<br>    Defendants. ) | CASE NO.  4:07cv3137<br><br><br><br>**ORDER** |

The parties' Stipulated Motion to Amend the Progression Order to Extend the Deadline for Filing Motions for Summary Judgment from January 24, 2008 until March 31, 2008, (filing 32), is granted in part. The deadline for filing summary judgment motions is extended from January 24, 2008 until February 25, 2008.

The Court's Order Setting Final Schedule for Progression of the Case (Filing No. 18) shall otherwise remain unchanged.

IT IS SO ORDERED.

Dated this 24th day of January, 2008.

BY THE COURT:

s/ *David L. Piester*
United States Magistrate Judge